IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICRISSA PROPERTIES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Nos. 20-1459 & 20-1461 |
| | ) | |
| **MATTRESS FIRM #077011,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO OBTAIN COUNSEL

Plaintiff Nicrissa Properties, LLC, commenced two actions against Defendant Mattress Firm #077011 on September 11, 2020, by filing a Landlord/Tenant Complaint in the Magisterial District Court No. MDJ-50-3-04, Cranberry Township, Butler County, Pennsylvania, Docket Nos. MJ-50304-LT-0000019-2020  (Civil No. 20-1459) & MJ-50304-LT-0000020-2020 (Civil No. 20-1461).  On September 28, 2020, Defendant filed a Notice of Removal in each action based on diversity jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a).  The cases were initially assigned to different members of this Court.  On October 6, 2020, Civil Action No. 20-1461 was transferred to the undersigned for disposition with Civil Action No. 20-1459.

Nicrissa Properties, LLC filed its Magisterial District Court Complaints pro se. Defendant filed an Answer in both actions on October 7, 2020.  On October 8, 2020, Nicrissa Properties, LLC, filed a pro se response to Defendant's Motion to Reconsider in Civil Action No. 20-1461.  ECF No. 11, Civ. No. 20-1461.  Plaintiff indicates that it is agreeable to having both cases heard in this Court.  ECF No. 11, at 3.  However, a corporation is not permitted to proceed pro se in federal court, see Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993), and a non-attorney may not represent the interests of a corporation in federal court, see Curbison

v. United States Gov't of N.J., 242 F.App'x 806, 808 (3d Cir. 2007).  Therefore, before the Court schedules an Initial Case Management Conference, Plaintiff must obtain counsel.

Accordingly, Plaintiff is hereby ORDERED to obtain counsel, and said counsel, shall enter his or her appearance on the record by November 23, 2020.

IT IS FURTHER ORDERED that if counsel for Plaintiff does not enter his or her appearance in both of the above-captioned cases by November 23, 2020, Plaintiffs' Complaints may be dismissed for failure to prosecute."

Defendant shall personally serve this Order upon Plaintiff FORTHWITH, and thereafter, shall file a Notice with the Court stating when said personal service occurred.

Dated: October 8, 2020

                                                        Marilyn J. Horan
                                                        United States District Court Judge